193 P.3d 437

# SUPREME COURT OF HAWAI'I

**August 26, 2008**

| 27331 | Ching v. Valencia | Affirmed |

**September 29, 2008**

| 27558 | Association of Apartment Owners of Cliffs at Princeville v. Premier Resorts Intern., Inc. | Affirmed |